IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRUCE ERIC REED,

    Plaintiff,

v.           CASE NO. 5:05cv51-RH/WCS

CAPTAIN JAMES BARNES, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 10), to which no objections have been filed.

The report and recommendation concludes that this action should be dismissed under the doctrine of *Heck v. Humphrey*, 512 U.S. 477, 487, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994). *Heck* dealt with a civil rights action that, if successful, would have called into question the validity of a state conviction *already entered. See also Edwards v. Balisok*, 520 U.S. 641, 648-49, 117 S. Ct. 1584, 137 L. Ed. 2d 906 (1997) (applying *Heck* to revocation of gain time already entered). The report and recommendation concludes that *Heck* also applies when a

civil rights action, if successful, would call into question the validity of any conviction that might be obtained *in the future* in a criminal case that is *pending* but has not yet been resolved. As the report and recommendation correctly notes, some circuits have so held. In addition, the Eleventh Circuit has said the same thing, although perhaps in dictum. *See Uboh v. Reno*, 141 F.3d 1000, 1006 (11th Cir. 1998) ("[A] civil proceeding challenging the grounds on which the prosecution against Uboh had been commenced indirectly would implicate the question of Uboh's guilt; this type of parallel inquiry by way of a civil suit prior to the resolution of a criminal action based on the same set of events is precisely the quandary that *Heck* prohibits").

Accordingly,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk shall enter judgment accordingly, shall enter on the

docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

  SO ORDERED this 9th day of May, 2005.

            s/Robert L. Hinkle
            Chief United States District Judge